UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DARENE BARNES,
    Plaintiff,

vs.                         Case No.: 1:24cv00033/AW/ZCB

VW COLLEGE,
    Defendant.
    _____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, commenced this action by filing a complaint. (Doc. 1). On February 8, 2024, the Court ordered Plaintiff to either pay the $405.00 filing fee or file a properly completed *in forma pauperis* (IFP) motion within thirty days. (Doc. 4). The Court directed the Clerk of Court to send Plaintiff the correct set of IFP forms and notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal of the case. (*Id.*).

Plaintiff did not file an IFP motion or pay the filing fee within the time allowed. Therefore, on March 19, 2024, the Court issued an order requiring Plaintiff to show cause within fourteen days as to why the case should not be dismissed for failure to comply with an order of the Court. (Doc. 5). The Court again notified Plaintiff that failure to comply with

the Court's order would result in a recommendation of dismissal of the case. (*Id.*). The deadline for compliance with the show cause order has now passed. Plaintiff has not paid the filing fee, filed an IFP motion, or otherwise responded. Thus, dismissal is warranted. *See* N.D. Fla. Loc. R. 41.1 (stating that the Court may "dismiss a claim, enter a default on a claim, [and] take other appropriate action" when a party fails to comply with a court order); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914-15 (11th Cir. 2018) (affirming dismissal where *pro se* plaintiff failed to follow the district court's orders).

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

At Pensacola, Florida, this 9th day of April 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## Notice to the Parties

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.