IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DARENE BARNES,**

    **Plaintiff,**

v.                                                          Case No. 1:24-cv-33-AW-ZCB

**VW COLLEGE,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 6) and incorporate it into this order. Plaintiff has not complied with a court order, and Plaintiff has not objected to the recommendation to dismiss on that basis. Plaintiff appears to have abandoned the case.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on May 14, 2024.

                                                                 s/ *Allen Winsor*
                                                                  United States District Judge